AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00113 |
| Zach Rash | ) Assigned To : Judge Moxila A. Upadhyaya |
|  | ) Assign. Date : 3/26/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Zach Rash,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder);
18 U.S.C. § 111(a)(1) and (b), 2 (Assaulting, Resisting, or Impeding Certain Officers and Inflicting Bodily Injury);
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings).

Date: 03/26/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/28/2024, and the person was arrested on *(date)* 4/2/2024
at *(city and state)* Payson, Utah.

Date: 4/2/2024

*Arresting officer's signature*

FBI SA Jule Albretsen
*Printed name and title*